(W.D.T.X. Ref: 245H)(Rev. 01/05) - Judgement in a Criminal Case for a Petty Offense (Short Form)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

FILED
01/20/2026
Clerk, U.S. District Court
Western District of Texas

By: _____*AQ*_____
Deputy

**UNITED STATES OF AMERICA**

vs.

**(1) JOSE MANUEL HERNANDEZ-HIDALGO**
     Defendant.

§
§ CASE NUMBER: **EP:26-M -00308(1) LE**
§ USM Number:
§
§

## JUDGMENT IN A CRIMINAL CASE
Short Form

The defendant, Jose Manuel HERNANDEZ-Hidalgo, was represented by counsel, Bryan Herrera.

The defendant pled guilty to the Complaint on January 20, 2026. Accordingly, the defendant is adjudged guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Offense |
|---|---|---|
| 50 USC 797 | Prohibits Willful Violation of Defense Property Security Regulation | 01/17/2026 |
| 18 USC 1382 | Entry of Military Property for Any Purpose Prohibited by Law | 01/17/2026 |
| 8 USC 1325(a)(1) | Improper Entry by an Alien | 01/17/2026 |

As pronounced on January 20, 2026, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of **Time Served plus one (1) business day.** The defendant shall remain in custody pending service of sentence.

The special assessment imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because of reasonable efforts to collect this assessment are not likely to be effective.

Signed on this day, January 20, 2026.

_____
LAURA ENRIQUEZ
UNITED STATES MAGISTRATE JUDGE